FILED
CLERK, U.S. DISTRICT COURT
APR 30 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Rick LAHE McCORKLE ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No.: 12-1072M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Dist. of Ariz.__ for alleged violation(s) of the terms and conditions of (his/her) [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on __no known bail resources or known background info__

| | |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |
| 4 | and/or |
| 5 | B.  ( )  The defendant has not met his/her burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9 | on:_____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/30/12

*(signature)*

UNITES STATES MAGISTRATE JUDGE